**DISMISS and Opinion Filed February 12, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01234-CV**

**GRACIELA VILLARREAL, Appellant**

**V.**

**ALBERTO VILLARREAL-URBINA, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53418-2023**

# MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Carlyle

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  | /Cory L. Carlyle// |
| --- | --- |
| 231234f.p05 | CORY L. CARLYLE |
|  | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GRACIELA VILLARREAL,
Appellant

No. 05-23-01234-CV     V.

ALBERTO VILLARREAL-
URBINA, Appellee

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-53418-
2023.
Opinion delivered by Justice Carlyle.
Justices Reichek and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 12th day of February, 2024.